# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMERSON OBED HERNANDEZ CULAJAY**, and **M.S.H.S.**, a minor child,<br><br>*Plaintiffs*,<br><br>v.<br><br>**KEVIN K. MCALEENAN**, Acting Secretary, United States Department of Homeland Security, et al.<br><br>*Defendants*. | Case No. 5:19-cv-03204-JDW |

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of the Plaintiffs' Emergency Petition for a Writ of Mandamus (ECF No. 1), Plaintiffs' Memorandum of Law in Support Motion for Preliminary Injunction (ECF No. 14), and Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction Relief & Writ of Mandamus (ECF No. 18), it is **ORDERED** as follows:

1. For the reasons stated in the accompanying Opinion, Plaintiffs' Motion for a Preliminary Injunction is **DENIED**;

2. For the reasons stated in the accompanying Opinion, the Court lacks subject matter jurisdiction over Counts I, II, III, and V of the Petition, and those claims are therefore **DISMISSED**;

3. Pursuant to Plaintiffs' statement on the record at the preliminary injunction hearing that the Court held on August 16, 2019, Count VI of Plaintiffs' Petition is **WITHDRAWN** without prejudice to Plaintiffs' claims to re-file those claims after appropriate proceedings before the Board of Immigration Appeals; and

4. On or before **August 21, 2019**, Plaintiffs shall file redacted versions of Exhibits B and C to their Petition.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.